# Court of Appeals
# of the State of Georgia

ATLANTA,  May 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1405.  BRIAN HOOD v. TORRE PROTHRO.**

Brian Hood filed a notice of appeal from the trial court's November 25, 2013, order finding him in contempt for failure to pay child support in the amount set forth in a prior order.  Because the underlying issue is child support, it is a domestic relations matter. See *Smoak v. Department of Human Resources*, 221 Ga. App. 257 (471 SE2d 60) (1996). Appeals in domestic relations cases must be taken by application for discretionary appeal as required under OCGA § 5-6-35 (a) (2). Hood's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Smoak*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/08/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*